**Order entered January 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01712-CR

**SHELDON ROBERTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F04-73256-T**

## ORDER

Appellant's December 31, 2012 second motion to extend the time to file appellant's brief

is **GRANTED**. Appellant's brief received by the Clerk of the Court on December 31, 2012 is

**DEEMED** timely filed on the date of this order.

/s/     LANA MYERS
         JUSTICE